1  Katherine K. Lutton (CA Bar No. 194971)
   plutton@fr.com
2  Tamara Fraizer (CA Bar No. 215942)
   fraizer@fr.com
3  Robert J. Kent (CA Bar No. 250905)
   rjkent@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6  Facsimile:   (650) 839-5071

7  Attorneys for Defendants
   VMWARE, INC. and RED HAT, INC.
8
   Spencer Hosie (CA Bar No. 101777)
9  shosie@hosielaw.com
   Bruce Wecker (CA Bar No. 078530)
10 bwecker@hosielaw.com
   George F. Biship (CA Bar No. 89205)
11 gbishop@hosielaw.com
   HOSIE RICE LLP
12 188 The Embarcadero, Suite 750
   San Francisco, California 94105
13 Telephone:  (415) 247-6000
   Facsimile:   (415) 247-6001
14
   Attorneys for Plaintiff
15 IMPLICIT NETWORKS, INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         (SAN FRANCISCO DIVISION)

19

| 20 | IMPLICIT NETWORKS, INC. | Case No. C 10-00720 (JCS) |
|---|---|---|
| 21 | Plaintiff, | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT VMWARE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 22 | v. | |
| 23 | VMWARE, INC. and RED HAT, INC., | |
| 24 | Defendants. | |

25

26  / / /

27  / / /

28  / / /

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2     PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant
3  VMware, Inc. ("VMware") file this Stipulated Joint Motion and Proposed Order to Extend Time
4  for Defendant to Respond to the Complaint.

5     The parties have a mutual interest in the orderly and efficient conduct of this litigation, and
6  they agree that this extension of time will assist the parties in formulating their pleadings and
7  responses in the present action.  Having thus met and conferred on the issue, the parties hereby
8  stipulate that VMware's deadline to answer or otherwise respond to Plaintiff's complaint should
9  be extended 60 days until May 14, 2010, and also move the court to order that this deadline be
10 extended to May 14, 2010.

12 Dated: March 16, 2010                           FISH & RICHARDSON P.C.

14                                                 By: */s/ Katherine Kelly Lutton*
15                                                      Katherine Kelly Lutton

16                                                 Attorney for Defendants
                                                   VMWARE, INC. and RED HAT, INC.

18 Dated: March 16, 2010                           HOSIE RICE LLP

20                                                 By: */s/ Katherine Kelly Lutton*
                                                        *On behalf of Spencer Hosie*
21                                                      Spencer Hosie

22                                                 Attorney for Plaintiff
                                                   IMPLICIT NETWORKS, INC.
23 / / /
24 / / /
25 / / /

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Spencer Hosie.

Dated: March 16, 2010                    FISH & RICHARDSON P.C.

                                         By: */s/ Katherine Kelly Lutton*
                                             Katherine Kelly Lutton

                                         Attorney for Defendants
                                         VMWARE, INC. and RED HAT, INC.

50703804.doc

Case No. C 10-00720 (JCS)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendant VMware's answer or other response to Implicit Network's complaint shall be due on May 14, 2010.

Dated: _____, 2010.

_____
Magistrate Judge Joseph C. Spero
United States District Court

50703804.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT VMWARE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

*/s/ Katherine Kelly Lutton*
Katherine Kelly Lutton

50703804.doc