| | |
|---|---|
| 1 | Katherine Kelly Lutton (CA Bar No. 194971) |
|   | lutton@fr.com |
| 2 | Tamara Fraizer (CA Bar No. 215942) |
|   | fraizer@fr.com |
| 3 | Robert J. Kent (CA Bar No. 250905) |
|   | rjkent@fr.com |
| 4 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 5 | Redwood City, California 94063-1526 |
|   | Telephone:  (650) 839-5070 |
| 6 | Facsimile:   (650) 839-5071 |
| 7 | Attorneys for Defendants |
|   | VMWARE, INC. and RED HAT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. C 10-00720 SI |
| Plaintiff, | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT VMWARE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| VMWARE, INC. and RED HAT, INC., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant VMware, Inc. ("VMware") file this Stipulated Joint Motion and Proposed Order to Extend Time for Defendant VMware, Inc. to Respond to Plaintiff's Complaint.

The parties have a mutual interest in the orderly and efficient conduct of this litigation, and they agree that this extension of time will assist the parties in formulating their pleadings and responses in the present action.  Having thus met and conferred on the issue, the parties hereby stipulate that VMware's deadline to answer or otherwise respond to Plaintiff's complaint should be

1  extended 30 days until June 14, 2010, and also move the court to order that this deadline be
2  extended to June 14, 2010.

3  Dated: May 11, 2010                                FISH & RICHARDSON P.C.

4

5                                                     By:  /s/ Katherine Kelly Lutton
                                                           Katherine Kelly Lutton
6
                                                     Attorney for Defendants
7                                                    VMWARE, INC. and RED HAT, INC.

8

9  Dated: May 11, 2010                                HOSIE RICE LLP

10

11                                                    By:  /s/ Katherine Kelly Lutton
                                                           On behalf of Spencer Hosie
12                                                         Spencer Hosie

13                                                    Attorney for Plaintiff
                                                      IMPLICIT NETWORKS, INC.
14

15

16                                         **DECLARATION**

17       Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

18  of perjury that concurrence in the filing of this document has been obtained from Spencer Hosie.

19  Dated: May 11, 2010                                FISH & RICHARDSON P.C.

20

21                                                    By:  /s/ Katherine Kelly Lutton
                                                           Katherine Kelly Lutton
22

23                                                    Attorney for Defendants
                                                      VMWARE, INC. and RED HAT, INC.
24

25  50713345.doc

26

27

28

2   STIPULATED JT. MOT. & [PROPOSED] ORDER TO EXTEND TIME
    FOR VMWARE TO RESPOND TO PLAINTIFF'S COMPLAINT
    Case No. C 10-00720 SI

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendant VMware's answer or other response to Implicit Network's complaint shall be due on June 14, 2010.

Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

50713345.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT VMWARE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

/s/ *Katherine Kelly Lutton*
Katherine Kelly Lutton

50713345.doc