Katherine Kelly Lutton (CA Bar No. 194971)
lutton@fr.com
Tamara Fraizer (CA Bar No. 215942)
fraizer@fr.com
Robert J. Kent (CA Bar No. 250905)
rjkent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendants
VMWARE, INC. and RED HAT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IMPLICIT NETWORKS, INC., | Case No. C 10-00720 SI |
| Plaintiff, | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| VMWARE, INC. and RED HAT, INC., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant Red Hat, Inc. ("Red Hat") file this Stipulated Joint Motion and Proposed Order to Extend Time for Defendant Red Hat, Inc. to Respond to Plaintiff's Complaint.

The parties have a mutual interest in the orderly and efficient conduct of this litigation, and they agree that this extension of time will assist the parties in formulating their pleadings and responses in the present action.  Having thus met and conferred on the issue, the parties hereby stipulate that Red Hat's deadline to answer or otherwise respond to Plaintiff's complaint should be

1  extended 30 days until June 14, 2010, and also move the court to order that this deadline be
2  extended to June 14, 2010.

3  Dated: May 11, 2010                    FISH & RICHARDSON P.C.

5                                         By: */s/ Katherine Kelly Lutton*
                                               Katherine Kelly Lutton

7                                         Attorney for Defendants
                                          VMWARE, INC. and RED HAT, INC.

9  Dated: May 11, 2010                    HOSIE RICE LLP

11                                        By: */s/ Katherine Kelly Lutton*
                                               *On behalf of Spencer Hosie*
12                                             Spencer Hosie

13                                        Attorney for Plaintiff
                                          IMPLICIT NETWORKS, INC.

## **DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Spencer Hosie.

19  Dated: May 11, 2010                   FISH & RICHARDSON P.C.

21                                        By: */s/ Katherine Kelly Lutton*
                                               Katherine Kelly Lutton

23                                        Attorney for Defendants
                                          VMWARE, INC. and RED HAT, INC.

25  50713346.doc

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendant Red Hat's answer or other response to Implicit Network's complaint shall be due on June 14, 2010.

Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

50713346.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

/s/ *Katherine Kelly Lutton*
Katherine Kelly Lutton

50713346.doc