SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>VMWARE, INC. and RED HAT, INC.,<br><br>            Defendants. | Case No. C 10-720 SI<br><br>**STIPULATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and defendants VMWare, Inc. ("VMWare") and Red Hat, Inc. ("Red Hat"), hereby stipulate through their respective attorneys of record as follows:

WHEREAS, on February 19, 2010, Implicit filed its Complaint in this action; and

WHEREAS, no trial date has been set; and

WHEREAS, the initial Case Management Conference in this action has been set to occur on June 18, 2010; and

WHEREAS, the parties to this action are reviewing matters relevant to a possible

resolution of this matter:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date of the Initial Case Management Conference be rescheduled to July 30, 2010, or as soon thereafter as is convenient for the Court.

DATED:  May 27, 2010                    HOSIE RICE LLP


                                        */s/George F. Bishop*  _____
                                        George F. Bishop
                                        *Attorneys for Plaintiff*
                                        IMPLICIT NETWORKS, INC.



                                        FISH & RICHARDSON P.C.


                                        */s/Tamara Fraizer*_____
                                        Tamara Fraizer
                                        *Attorneys for Defendants*
                                        VMWARE, INC. AND RED HAT, INC.


**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  May 27, 2010

                                        */s/George F. Bishop*_____
                                        George F. Bishop

1 **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2     The Case Management Conference Is Rescheduled To __July 30, 2010 at 3 p.m.__.

3

4 Dated: _____     _____/s/ Susan Illston_____

5                                       Honorable Susan Illston
                                      U.S. DISTRICT COURT JUDGE