Katherine K. Lutton (CA Bar No. 194971)
lutton@fr.com
Tamara Fraizer (CA Bar No. 215942)
fraizer@fr.com
Robert J. Kent (CA Bar No. 250905)
rjkent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendants
VMWARE, INC. and RED HAT, INC.

Spencer Hosie (CA Bar No. 101777)
shosie@hosielaw.com
Bruce Wecker (CA Bar No. 078530)
bwecker@hosielaw.com
George F. Biship (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone:  (415) 247-6000
Facsimile:   (415) 247-6001

Attorneys for Plaintiff
IMPLICIT NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IMPLICIT NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC. and RED HAT, INC.,<br><br>Defendants. | Case No. C 10-00720 SI<br><br>**STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS VMWARE, INC. AND RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

/ / /

/ / /

/ / /

1 **TO THE COURT AND ALL PARTIES OF RECORD:**

2     PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and

3 Defendants VMware, Inc. ("VMware") and Red Hat, Inc. ("Red Hat") file this Stipulated Joint

4 Motion and Proposed Order to Extend the Time for Defendants VMware, Inc. and Red Hat, Inc. to

5 Respond to Plaintiff's Complaint.

6     The parties to this action are currently reviewing matters relevant to a possible resolution

7 of this matter and also have a mutual interest in the orderly and efficient conduct of this litigation.

8 They agree that this extension of time will assist the parties in either resolving this dispute or in

9 formulating their pleadings and responses in the present action. Having thus met and conferred on

10 the issue, the parties hereby stipulate that the deadline for VMware and Red Hat to answer or

11 otherwise respond to Plaintiff's complaint should be extended 45 days until July 29, 2010, and

12 also move the court to order that this deadline be extended to July 29, 2010.

14 Dated: June 11, 2010                        FISH & RICHARDSON P.C.

16                                                    By: */s/ Tamara Fraizer*
                                                          Tamara Fraizer

18                                         Attorney for Defendants
                                        VMWARE, INC. and RED HAT, INC.

20 Dated: June 11, 2010                        HOSIE RICE LLP

22                                                     By: */s/ Tamara Fraizer on behalf of George Bishop*
23                                                        George Bishop

24                                         Attorney for Plaintiff
                                        IMPLICIT NETWORKS, INC.

25 / / /

26 / / /

27 / / /

# DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from George Bishop.

Dated: June 11, 2010                                FISH & RICHARDSON P.C.


By: */s/ Tamara Fraizer*
Tamara Fraizer

Attorney for Defendants
VMWARE, INC. and RED HAT, INC.

50718135.doc

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendants VMware, Inc.'s and Red Hat, Inc.'s answer or other response to Implicit Network's complaint shall be due on July 29, 2010.

Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

50718135.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS VMWARE, INC. AND RED HAD, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

                                                      */s/ Tamara Fraizer*
                                                        Tamara Fraizer

50718135.doc