UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Implicit Networks, Inc.

        Plaintiff(s),

  v.

VMware, Inc. and Red Hat, Inc.

        Defendant(s).

Case No. C 10-00720 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/1/10

                                                                                 *[signature]*
                                                                                 VMware, Inc.

Dated: 7/9/10

                                                                                 /s/Katherine K. Lutton
                                                                                 [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05