1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   188 The Embarcadero, Suite 750
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7

8  *Attorneys for Plaintiff*
   *IMPLICIT NETWORKS, INC.*

9                    UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
11

12  IMPLICIT NETWORKS, INC.,                    Case No. C 10-720 SI

            Plaintiff,
13                                              **STIPULATION TO RESET INITIAL**
    v.                                          **CASE MANAGEMENT CONFERENCE**
14                                              **AND [PROPOSED] ORDER**

15  VMWARE, INC. and RED HAT, INC.,

16          Defendants.

17

18         Plaintiff Implicit Networks, Inc. ("Implicit") and defendants VMWare, Inc.

19
    ("VMWare") and Red Hat, Inc. ("Red Hat"), hereby stipulate through their respective
20
    attorneys of record as follows:
21
           WHEREAS, on February 19, 2010, Implicit filed its Complaint in this action; and
22

23         WHEREAS, no trial date has been set; and

24         WHEREAS, the initial Case Management Conference in this action was set to occur on

25
    June 18, 2010; and
26
           WHEREAS, pursuant to the parties' stipulation, the Initial Case Management
27

28

1    Conference was rescheduled to July 30, 2010, by order of this Court dated May 28, 2010.

2         WHEREAS, all parties reasonably believe both matters are can be settled in full in the

3    near future, and are continuing to work diligently to accomplish that goal.

4         IT IS HEREBY STIPULATED by and between the parties hereto through their

5    respective attorneys of record that the date of the Initial Case Management Conference be

6    rescheduled to August 27, 2010, or as soon thereafter as is convenient for the Court.

7

8

9    DATED:  July 28, 2010                    HOSIE RICE LLP

10

11                                            */s/Spencer Hosie*_____
                                              Spencer Hosie

12                                            *Attorneys for Plaintiff*
                                              *IMPLICIT NETWORKS, INC.*

13

14                                            FISH & RICHARDSON P.C.

15

16                                            */s/Shelley K. Mack*_____
                                              Shelley K. Mack

17                                            *Attorneys for Defendants*
                                              *VMWARE, INC. AND RED HAT, INC.*

18

19

20              **CERTIFICATION PURSUANT TO GENERAL ORDER 45**

21         Pursuant to General Order 45X.B, I, Spencer Hosie, attest that the above signatories

22    for the Defendants have concurred and consented to the filing of this document.

23    DATED:  July 28, 2010

24                                            */s/Spencer Hosie*_____
                                              Spencer Hosie

25

26

27

28

STIPULATION TO RESET INITIAL                 2                    CASE NO. C 10-720 SI
CASE MANAGEMENT CONFERENCE

1

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

2          The Case Management Conference Is Rescheduled To ___8/27/10_____**.**

3

4    Dated:  _____          _Susan Illston_____

5                                            Honorable Susan Illston
                                           U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO RESET INITIAL                    3                    CASE NO. C 10-720 SI
CASE MANAGEMENT CONFERENCE