1  Katherine K. Lutton (CA Bar No. 194971)
   lutton@fr.com
2  Shelley K. Mack (CA Bar No. 209596)
   mack@fr.com
3  Robert J. Kent (CA Bar No. 250905)
   rjkent@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6  Facsimile:   (650) 839-5071

7  Attorneys for Defendants
   VMWARE, INC. and RED HAT, INC.
8
   Spencer Hosie (CA Bar No. 101777)
9  shosie@hosielaw.com
   Bruce Wecker (CA Bar No. 078530)
10 bwecker@hosielaw.com
   George F. Bishop (CA Bar No. 89205)
11 gbishop@hosielaw.com
   HOSIE RICE LLP
12 188 The Embarcadero, Suite 750
   San Francisco, California 94105
13 Telephone:  (415) 247-6000
   Facsimile:   (415) 247-6001
14
   Attorneys for Plaintiff
15 IMPLICIT NETWORKS, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    (SAN FRANCISCO DIVISION)

19

20 | IMPLICIT NETWORKS, INC.              | Case No. C 10-00720 SI
21 |         Plaintiff,                   | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS VMWARE, INC. AND RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
22 |      v.                              |
23 | VMWARE, INC. and RED HAT, INC.,      |
24 |         Defendants.                  |
25

26 / / /

27 / / /

28 / / /

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and

3  Defendants VMware, Inc. ("VMware") and Red Hat, Inc. ("Red Hat") file this Stipulated Joint

4  Motion and Proposed Order to Extend the Time for Defendants VMware, Inc. and Red Hat, Inc. to

5  Respond to Plaintiff's Complaint.

6  The parties to this action are currently reviewing matters relevant to a possible resolution

7  of this matter and also have a mutual interest in the orderly and efficient conduct of this litigation.

8  They agree that this extension of time will assist the parties in either resolving this dispute or in

9  formulating their pleadings and responses in the present action.  Having thus met and conferred on

10 the issue, the parties hereby stipulate that the deadline for VMware and Red Hat to answer or

11 otherwise respond to Plaintiff's complaint should be extended 30 days until August 30, 2010, and

12 also move the court to order that this deadline be extended to August 30, 2010.

13

14 Dated: July 28, 2010                              FISH & RICHARDSON P.C.

15

16                                                  By: */s/ Shelley K. Mack*
                                                        Shelley K. Mack
17
                                                    Attorney for Defendants
18                                                  VMWARE, INC. and RED HAT, INC.

19

20 Dated: July 28, 2010                              HOSIE RICE LLP

21

22                                                  By: */s/ Spencer Hosie*
                                                        Spencer Hosie
23
                                                    Attorney for Plaintiff
24                                                  IMPLICIT NETWORKS, INC.
   / / /
25
   / / /
26
   / / /
27

28

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from George Bishop.

Dated: July 28, 2010                            FISH & RICHARDSON P.C.

By: */s/ Shelley K. Mack*
    Shelley K. Mack

Attorney for Defendants
VMWARE, INC. and RED HAT, INC.

stip EOT to answer.doc

3     STIPULATED JT MOT AND [PROP] ORDER TO EXTEND TIME
FOR VMWARE AND RED HAD TO RESPOND TO COMPLAINT.
Case No. C 10-00720 SI

| | |
|---|---|
| 1 | |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that Defendants VMware, Inc.'s and Red Hat, Inc.'s answer or other response to Implicit Network's complaint shall be due on Augustly 30, 2010.

Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

stip EOT to answer.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS VMWARE, INC. AND RED HAD, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

                                                */s/ Shelley K. Mack*
                                                Tamara Fraizer

stip EOT to answer.doc