SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC. and RED HAT, INC., <br><br> Defendants. | Case No. C 10-720 SI <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT VMWARE ONLY, PURSUANT TO RULE 41(a)(1)(A)(i) |

1 | Plaintiff Implicit Networks, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal
2 | Rules of Civil Procedure, hereby gives notice that its claims against defendant VMWare,
3 | Inc. only are dismissed WITHOUT PREJUDICE.  No claims against defendant Red Hat,
4 | Inc. are dismissed.

DATED:  August 25, 2010                         Respectfully submitted,


*/s/ George F. Bishop*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*