1  Katherine K. Lutton (CA Bar No. 194971)
   lutton@fr.com
2  Shelley K. Mack (CA Bar No. 209596)
   mack@fr.com
3  Robert J. Kent (CA Bar No. 250905)
   rjkent@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6  Facsimile:   (650) 839-5071

7  Attorneys for Defendants
   VMWARE, INC. and RED HAT, INC.
8
   Spencer Hosie (CA Bar No. 101777)
9  shosie@hosielaw.com
   Bruce Wecker (CA Bar No. 078530)
10 bwecker@hosielaw.com
   George F. Bishop (CA Bar No. 89205)
11 gbishop@hosielaw.com
   HOSIE RICE LLP
12 188 The Embarcadero, Suite 750
   San Francisco, California 94105
13 Telephone:  (415) 247-6000
   Facsimile:   (415) 247-6001
14
   Attorneys for Plaintiff
15 IMPLICIT NETWORKS, INC.

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     (SAN FRANCISCO DIVISION)

19

20 | IMPLICIT NETWORKS, INC.           | Case No. C 10-00720 SI
21 |         Plaintiff,                | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE**
22 |      v.                           |
23 | VMWARE, INC. and RED HAT, INC.,   |
24 |         Defendants.               |

25
26
27
28

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant Red Hat, Inc. ("Red Hat") file this Stipulated Joint Motion and Proposed Order to Reset the Initial Case Management Conference.

The Initial Case Management Conference in this matter is currently set to occur on Friday, August 27, 2010. Implicit and Red Had are far along in settlement discussions, and anticipate that a final settlement will be executed in the near future. The parties have a mutual interest in the orderly and efficient conduct of this litigation, and agree that this extension of time will assist them in resolving this dispute. On August 25, 2010, Implicit filed a voluntary Notice of Dismissal Without Prejudice of its claims against defendant VMWare, Inc., so that VMWare is no longer a party to this case. There have been two prior continuances of the date for the Initial Case Management Conference.  Having thus met and conferred on the issue, the parties hereby stipulate, and move for entry of an order, that the deadline for Red Hat to answer or otherwise respond to Plaintiff's complaint should be extended 14 days until September 10, 2010, or as soon thereafter as may be convenient for the Court.

Dated: August 25, 2010

FISH & RICHARDSON P.C.

By: /s/ Shelley K. Mack
      Shelley K. Mack

Attorney for Defendant
RED HAT, INC.

Dated: August 25, 2010

HOSIE RICE LLP

By: /s/ George F. Bishop
      George F. Bishop

Attorney for Plaintiff
IMPLICIT NETWORKS, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Shelley Mack.

Dated: August 25, 2010                                    HOSIE RICE LLP


                                                         By:  */s/ George F. Bishop*
                                                              George F. Bishop

                                                         Attorney for Plaintiff
                                                         IMPLICIT NETWORKS, INC..

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that the date of the Initial Case Management Conference in this action is reset, to occur on ___Sept. 10_____, 2010.


Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

4

STIPULATED JT MOT AND [PROP] ORDER TO EXTEND TIME
FOR VMWARE AND RED HAD TO RESPOND TO COMPLAINT.
Case No. C 10-00720 SI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS VMWARE, INC. AND RED HAD, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ George F. Bishop*
　　　　　　　　　　　　　　　　　　　　　　　George F. Bishop