1  Katherine K. Lutton (CA Bar No. 194971)
   lutton@fr.com
2  Shelley K. Mack (CA Bar No. 209596)
   mack@fr.com
3  Robert J. Kent (CA Bar No. 250905)
   rjkent@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6  Facsimile:   (650) 839-5071

7  Attorneys for Defendants
   VMWARE, INC. and RED HAT, INC.
8
   Spencer Hosie (CA Bar No. 101777)
9  shosie@hosielaw.com
   Bruce Wecker (CA Bar No. 078530)
10 bwecker@hosielaw.com
   George F. Bishop (CA Bar No. 89205)
11 gbishop@hosielaw.com
   HOSIE RICE LLP
12 188 The Embarcadero, Suite 750
   San Francisco, California 94105
13 Telephone:  (415) 247-6000
   Facsimile:   (415) 247-6001
14
   Attorneys for Plaintiff
15 IMPLICIT NETWORKS, INC.

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         (SAN FRANCISCO DIVISION)

19

20 | IMPLICIT NETWORKS, INC.           | Case No. C 10-00720 SI
21 |          Plaintiff,                | **STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
22 |     v.                             |
23 | VMWARE, INC. and RED HAT, INC.,    |
24 |          Defendants.               |

25
26
27
28

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Implicit Networks, Inc. ("Plaintiff") and Defendant Red Hat, Inc. ("Red Hat") file this Stipulated Joint Motion and Proposed Order to Extend the Time for Defendant Red Hat, Inc. to Respond to Plaintiff's Complaint.[1]

The parties to this action are continuing their efforts to informally resolve this matter and anticipate that a full settlement will be reached within the next few weeks. The parties have a mutual interest in the orderly and efficient conduct of this litigation, and agree that this extension of time will assist them in resolving this dispute. Having thus met and conferred on the issue, the parties hereby stipulate that the deadline for Red Hat to answer or otherwise respond to Plaintiff's complaint should be extended 30 days until September 29, 2010, and also move the court to order that this deadline be extended to September 29, 2010.

Dated: August 25, 2010            FISH & RICHARDSON P.C.

                                  By: /s/ Shelley K. Mack
                                      Shelley K. Mack

                                  Attorney for Defendant
                                  RED HAT, INC.

Dated: August 25, 2010            HOSIE RICE LLP

                                  By: /s/ George Bishop
                                      George Bishop

                                  Attorney for Plaintiff
                                  IMPLICIT NETWORKS, INC.

///
///
///

---

[1] On August 25, 2010, Implicit filed a voluntary Notice of Dismissal Without Prejudice of its claims against defendant VMWare, Inc.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from George Bishop.

Dated:  August 25, 2010                                        FISH & RICHARDSON P.C.


                                                               By:  */s/ Shelley K. Mack*
                                                                    Shelley K. Mack

                                                               Attorney for Defendant
                                                               RED HAT, INC.

# ORDER

Pursuant to stipulation, IT IS SO ORDERED that Defendant Red Hat, Inc.'s answer or other response to Implicit Network's complaint shall be due on September 29, 2010.

Dated: _____, 2010.

_____
Honorable Susan Illston
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT RED HAT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

                                                /s/ Shelley K. Mack
                                                Shelley K. Mack

50731177.doc