SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC. and RED HAT, INC.,<br><br>Defendants. | Case No. C 10-720 SI<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT RED HAT, PURSUANT TO RULE 41(a)(1)(A)(i) |

Plaintiff Implicit Networks, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that its claims against defendant Red Hat, Inc. are dismissed WITHOUT PREJUDICE.  The claims against defendant VMWare, Inc. having been dismissed without prejudice by plaintiff's notice dated August 25, 2010, all plaintiff's claims in this action are now dismissed without prejudice.

DATED:  September 2, 2010                    Respectfully submitted,


*/s/ George F. Bishop*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

**CERTIFICATE OF SERVICE**

I, Jerry Shaw, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action.  My business address is Hosie Rice LLP, 188 The Embarcadero, Suite 750, San Francisco, California, 94105.

On September 2, 2010, I served the following attached:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT RED HAT, PURSUANT TO RULE 41(a)(1)(A)(i)**

by E-mail at San Francisco, California, addressed to the following parties:

KATHERINE KELLY LUTTON
lutton@fr.com
TAMARA FRAIZER
Fraizer@fr.com
ROBERT J. KENT
rjkent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526

*Attorneys for Defendants*
*VMWare, Inc. and Red Hat, Inc.*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 2, 2010

                        */s/ Jerry Shaw*_____
                        Jerry Shaw